DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY A. HOLLAND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2786

[November 29, 2018]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 14009951 CF10A.

Jeffrey A. Holland, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***